KYLE KITSON, SBN 276173
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA  94705
(510) 540-0878 x 308 tel
(510) 540-0403 fax
kkitson@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE BLADE-ABDULLAH<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  3:23-cv-00615-LJC<br><br>ORDER, MOTION FOR EXTENSION OF TIME AND CERTIFICATE OF SERVICE |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff has 30 additional days to submit the Plaintiff's Motion for Summary Judgment, until June 9, 2023, with all other deadlines extended accordingly. Plaintiff's Motion is currently due May 9, 2023. Plaintiff requires additional time due to significant competing workloads. This is Plaintiff's first extension request.

Respectfully submitted,

Kyle Kitson,
Attorney for Plaintiff

| | | | |
|---|---|---|---|
| Dated: May 4, 2023 | | By: | /s/ *Kyle Kitson* |
| | | | KYLE KITSON |
| | | | Attorney for Plaintiff |
| Dated: May 4, 2023 | | By: | /s/ *L. Jamala Edwards* |
| | | | L. JAMALA EDWARDS |
| | | | (as authorized via email on May 4, 2023) |
| | | | Attorney for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  May 5, 2023

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge