ISMAIL J. RAMSEY
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND, GA Bar No. 153550
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE BLADE-ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 3:23-CV-00615-LJC<br><br>**STIPULATION AND ORDER AS MODIFIED FOR AN EXTENSION OF TIME** |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 35-day extension of time, from July 7, 2023 to August 11, 2023, for Defendant to respond to Plaintiff's Motion for Summary Judgment.

　　　　This is Defendant's first request for an extension of time and good cause exists for this extension. Upon review of Plaintiff's brief and the transcript, I require more time to consult with my client and possibly Plaintiff regarding settlement options in this case and to file a responsive brief absent settlement. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: July 3, 2023

/s/ Kyle Kitson
(*as authorized via email on 7/3/23)
Attorney for Plaintiff

Dated: July 3, 2023

ISMAIL J. RAMSEY
United States Attorney

By:   /s/ Erin Highland
ERIN HIGHLAND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER AS MODIFIED

Defendant shall respond to Plaintiff's Motion for Summary Judgment by August 11, 2023, and Plaintiff's Reply to Defendant's Response to the Motion for Summary Judgment is due by August 18, 2023. Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 3, 2023

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge