```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDDIE BLADE-ABDULLAH,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:23-cv-00615-LJC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will remand this case to an Administrative Law Judge who will reconsider the opinions from Laura Catlin, Psy.D., Katherine Wiebe, Ph.D., Tiffani Ordonez, N.P., Charlene Hanson, N.P., and Nathan Hare, Ph.D; further consider the claimant's barriers to consistent treatment; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record;

reevaluate the residual functional capacity; obtain vocational expert testimony, if needed; and issue a new decision.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 7, 2023         By: /s/ *Kyle Kitson*
                                               KYLE KITSON
                                               (as authorized by email)
                                               Attorneys for Plaintiff

Dated: August 7, 2023         ISMAIL J. RAMSEY
                                               United States Attorney

                            By:       /s/ *Erin Highland*
                                               ERIN HIGHLAND
                                               Special Assistant U.S. Attorney
                                               Office of Program Litigation, Office 7
                                               Attorneys for Defendant

      In accordance with Civil Local Rule 5-1(h)(1), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

                               IT IS SO ORDERED:

DATE: August 9, 2023       _____
                                         HONORABLE LISA J. CISNEROS
                                         UNITED STATES MAGISTRATE JUDGE