UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE BLADE-ABDULLAH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-00615-LJC<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff and against Defendant.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 9, 2023

_[signature]_
LISA J. CISNEROS
United States Magistrate Judge