KYLE KITSON (CSBN 276173)
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 540-0878 x 308
Fax: (510) 540-0403
Email: kkitson@homelessactioncenter.org

Attorney for Plaintiff

MICHELLE LO
United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

ERIN HIGHLAND
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Email: erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE BLADE-ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendant. | CIVIL NO. 3:23-cv-00615-LJC<br><br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND EIGHT HUNDRED FIFTY-FIVE DOLLARS ($4855.00).  This amount

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of four thousand eight hundred fifty-five dollars ($4855.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Plaintiff (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  August 22, 2023

/s/ *Kyle Kitson*
KYLE KITSON
Attorney for Plaintiff

Date:  August 22, 2023

MICHELLE LO
Acting United States Attorney

By:   /s/ *Erin Highland* _____
ERIN HIGHLAND
Social Security Administration
* by email authorization August 17, 2023

Attorneys for Defendant

STIPULATION AND ORDER RE EAJA FEES – 3:23-cv-00615-LJC

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of four thousand eight hundred fifty-five dollars ($4855.00), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 25, 2023

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge